UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MICHAEL MILLS,

    Plaintiff,

v.

CSM NEWCO LLC, d/b/a Commercial Sanitation Management,

    Defendants.

Case No. 22-882

Hon. Robert J. Jonker

| | |
|---|---|
| Mark S. Wilkinson (P68765) <br> PALADIN EMPLOYMENT LAW PLLC <br> *Attorney for Plaintiff* <br> 5955 West Main Street <br> Kalamazoo, MI 49009 <br> (tel.) 269.978.2474 <br> mark@paladinemploymentlaw.com | Jennifer J. Stocker (P60625) <br> BARNES & THORNBURG LLP <br> 171 Monroe Ave. NW, Ste. 1000 <br> Grand Rapids, MI 49503 <br> (tel.) 616.742.3932 <br> jstocker@btlaw.com |

## STIPULATION TO DISMISS

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Michael Mills and Defendant CSM NEWCO LLC stipulate to the dismissal of this case with prejudice. The parties will bear their own costs and attorney's fees.

MICHAEL MILLS

By: /s/ Mark S. Wilkinson (with consent)
    Mark S. Wilkinson (P68765)
    Dated: December 13, 2022

CSM NEWCO LLC

By: /s/ Jennifer J. Stocker
    Jennifer J. Stocker (P60625)
    Dated: December 13, 2022